FILED IN
5TH COURT OF APPEALS

2018 MAR 27 AM 10: 28

LISA MATZ, CLERK

IN THE

COURT OF APPEALS

FIFTH DISTRICT OF TEXAS

AT DALLAS

NO. 05-17-01080-cv

TRACY NIXON

    APPELLANT                APPELLANTS MOTION TO PROCEED

    VS.

THE ATTORNEY GENERAL OF THE STATE OF TEXAS
AND KIMBERLIN RHYNES,         APPELLEES

APPELLANT TRACY NIXON MAKES THE REQUEST FOR THE COURT OF APPEALS TO

PROCEED WITH THE APPELLATE BRIEFS FILED ON 03/08/2018 APPELLANT IS

PRO SE AND DO NOT HAVE THE FUNDS TO REFILE THE APPELLATE BRIEF REQUESTED

TO BE CORRECTED AS REQUESTED BY THE COURT OF APPEALS CLERKS OFFICE
03/22/2018 THE APPELLANT WOULD NEED ADDITIONAL TIME TO PREPARE THE BRIEF
AND THAT WOULD REQUIRE TIME FROM WORK. AND ADDITIONAL RESOURCES
MOREOVER THE NECESSARY MATTERS AND ISSUES ON APPEAL ARE STIPULATED AND THEREBY
DESIGNATED AND PROVIDED TO THE COURT APPELLANT PRAYS THE COURT OVERSEE TECHNICAL.
IN ADDITION TO BEING BROUGHT BACK IN CONFORMITY WITH THE PROCEDURAL
TEXAS RULES OF APPELLATE PROCEDURE APPELLANT WOULD NEED A

SUPERSEDEAS BOND AS REQUESTED,

APPELLANT ASKS THAT THIS COURT INCOURAGE THE APPELLEES TO FILE A REPLY BRIEF AND REINSTATE THE COURT OF APPEALS STATUTORY REQUIREMENT TO REPLY TO THE APPELLATES BRIEF AS CUSTOMARY.

IN LIGHT OF THE FACTS THIS IS A FAMILY LAW CASE FILED BY THE APPELLEES THAT WAS FILED IN MAY OF 2015  AND CONTESTED BY THE APPELLANT THE CASE WAS NOT A COMPLEX CASE AND SHOULD HAVE BEEN BROUGHT TO COURT AND COMPLETED WITHIN SIX MONTHS AND WITHIN 180 DAYS OF THE DATE THE NOTICE OF APPEAL WAS FILED ACCORDING TO THE RULES OF JUDICIAL ADMINISTRATION RULE 6.

APPELLANT WOULD CONTINUE TO BE UNFAIRLY PREJUDICED BY ANY FURTHER DELAY WITHOUT SUPERSEADAS BOND TO SUSPEND THE JUDGMENT. WHILE THIS APPEAL IS PENDING AND OR IF APPELLANT IS BEING REQUESTED TO CORRECT THE APPEAL ' BRIEF.

RESPECTFULLY SUBMITTED

TRACY NIXON PRO SE
4415 SOUTH MALCOLM X BLVD
DALLAS TEXAS 75215
214-916-9009
tsmith9009@gmail.com